CORINNE D. ORQUIOLA (State Bar No. 226969)
KROHN & MOSS, LTD.
1112 Ocean Blvd., Suite 301
Manhattan Beach, CA 90266
Telephone: 323-988-2400
Facsimile: 866-861-1390
Email: corquiola@consumerlawcenter.com

Attorneys for Defendant
  TIMOTHY NEVIN

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
HAKOP STEPANYAN (State Bar No. 296782)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  CHASE BANK USA, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY NEVIN, | Case No. 5:15-CV-05017-NC |
| Plaintiff, | [Assigned to the Hon. Lucy H. Koh] |
| v. | |
| CHASE BANK USA, N.A., | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Timothy Nevin and Defendant Chase Bank USA, N.A. ("Chase"), through their respective counsel of record, that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear his/its own attorneys' fees and costs.

The Clerk shall close the file.

Dated: 2/17/16

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
HAKOP STEPANYAN

By: /s/ Stephen J. Newman
           Stephen J. Newman

Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: 2/17/16

KROHN & MOSS, LTD.
CORINNE D. ORQUIOLA

By: /s/ Corinne D. Orquiola
           Corinne D. Orquiola

Attorneys for Plaintiff
TIMOTHY NEVIN

**IT IS SO ORDERED.**

Dated: February 19, 2016

/s/ Lucy H. Koh
Hon. Lucy H. Koh
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086